PER CURIAM.
Affirmed. Johnston v. State, 29 Fla. 558, 10 So. 686; Camp v. State, 58 Fla. 12, 50 So. 537; Milton v. State, 91 Fla. 989, *420 108 So. 886; Horner v. State, Fla.App.1963, 149 So.2d 863; Hamilton v. State, Fla.App.1963, 152 So.2d 793; McDougal v. State, Fla.App.1966, 181 So.2d 539; Scarborough v. State, Fla.App.1966, 188 So.2d 877; Jones v. State, Fla.App.1967, 197 So.2d 829; Tennant v. State, Fla.App.1967, 205 So.2d 324; Owens v. State, Fla.App.1968, 215 So.2d 627; Bertone v. State, Fla.App.1969, 224 So.2d 400; Richardson v. State, Fla.1971, 246 So.2d 771; Cole v. State, Fla.App.1972, 262 So.2d 902; State v. Redden, Fla.App.1972, 269 So.2d 415; CrPR 3.720(b), 33 F.S.A.